**FILED**

SEP 0 7 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE # 10CR1740-GT |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING SENTENCING. |
| | ) |
| ANDRES LEON-VALENTE | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED THAT the sentencing hearing for defendant Andres Leon-Valente, presently set for at September 13, 2010 at 9:00 am, shall be continued to October 6, 2010 at 9:00 am.

IT IS SO ORDERED.

Dated: _9- 7 -10_

GORDON THOMPSON, JR.
SENIOR U.S. DISTRICT JUDGE